| DATE | DOCKET # | DOCUMENT |
|---|---|---|
| 11/30/2018 | 1 | Adversary case 18-50955. Complaint *REDACTED* by Alan D Halperin, Eugene I. Davis against Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan, Argent Trust Company, Stout Risius Ross, Inc., Stout Risius Ross, LLC, John/Jane Does 1-40. Fee Amount $350 (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(12 (Recovery of money/property - 547 preference)). AP Summons Served due date: 02/28/2019. (Upadhya, Vivek) (Entered: 11/30/2018) |
| 11/30/2018 | 3 | [SEALED]Adversary Complaint (File Under Seal) (Upadhya, Vivek) (Entered: 11/30/2018) |
| 11/30/2018 | 4 | Motion to File Under Seal Filed by Eugene I. Davis, Alan D Halperin. (Attachments: # 1 Proposed Form of Order) (Upadhya, Vivek) (Entered: 11/30/2018) |
| 12/03/2018 | 6 | Public Version of Complaint with Reduced Redactions (related document(s)1) Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/3/2018 (LMD). (Entered: 12/03/2018) |
| 12/04/2018 | 7 | Amended Motion Permitting Alan D. Halperin and Eugene I. Davis as Co-Trustees of the Appvion Liquidating Trust, to File Under Seal the Unredacted Version of the Complaint Filed by Eugene I. Davis, Alan D. Halperin (related document(s)4). (Attachments: # 1 Proposed Form of Order) (Upadhya, Vivek) Modified docket text on 12/4/2018 (LMD). (Entered: 12/04/2018) |

| | | |
|---|---|---|
| 12/20/2018 | 9 | Affidavit of Service upon Mark R. Richards Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 10 | Affidavit of Service of Andrew F. Reardon Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 11 | Affidavit of Service upon Mark A. Suwyn Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 12 | Affidavit of Service upon Jeffrey J. Fletcher Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 13 | Affidavit of Service upon Kevin Gilligan Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 14 | Affidavit of Service upon Kerry S. Arent Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 15 | Affidavit of Service upon Tami L. Van Straten Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 16 | Affidavit of Service upon Terry M. Murphy Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 17 | Affidavit of Service upon Kathi P. Seifert Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |

| | | |
|---|---|---|
| 12/20/2018 | 18 | Affidavit of Service upon Stephen P. Carter Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/20/2018 (LMD). (Entered: 12/20/2018) |
| 12/20/2018 | 19 | Notice of Pretrial Conference *Rescheduled* Filed by Eugene I. Davis, Alan D. Halperin Pretrial Conference set for 3/21/2019 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Upadhya, Vivek) (Entered: 12/20/2018) |
| 12/21/2018 | 21 | Affidavit of Service upon Carl J. Laurino Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/21/2018 (LMD). (Entered: 12/21/2018) |
| 12/21/2018 | 22 | Affidavit of Service upon David A. Roberts, Stout Risius Ross Inc. and Stout Risius Ross, LLC Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/21/2018 (LMD). (Entered: 12/21/2018) |
| 12/21/2018 | 23 | Stipulation for Extension of Time for D&O Defendants to Answer, Move, or Otherwise Respond to Complaint Between Eugene I. Davis, Alan D. Halperin and Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan. Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 12/21/2018 (LMD). (Entered: 12/21/2018) |
| 12/21/2018 | 24 | Stipulation *for Extension of Time for Defendant Argent Trust Company to Answer, Move, or Otherwise Respond to Complaint* Between Eugene I. Davis, Alan D. Halperin and Argent Trust Company . Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) (Entered: 12/21/2018) |

| Date | # | Description |
|---|---|---|
| 12/21/2018 | 25 | Stipulation *for Extension of Time to Answer, Move, or Otherwise Respond to Complaint* Between Stout Risius Ross, Inc., Stout Risius Ross, LLC and *Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust*. Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC (related document(s)3, 6, 1). (Desgrosseilliers, Mark) (Entered: 12/21/2018) |
| 01/29/2019 | 36 | Motion to Dismiss Adversary Proceeding, or in the alternative Motion to Change Venue/Inter-district Transfer Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. Objections due by 2/12/2019. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Minuti, Mark) (Entered: 01/29/2019) |
| 01/29/2019 | 37 | Brief *in Support of the Former Directors and Officers' Motion to Dismiss Complaint Or in the Alternative Transfer Venue* (related document(s)36) Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service) (Minuti, Mark) (Entered: 01/29/2019) |
| 01/29/2019 | 38 | Motion to Dismiss Count *VI (Aiding and Abetting Breaches of the Fiduciary Duties of Care and Loyalty Against Stout) of Plaintiffs Complaint* (related document(s)1, 3) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC (related document(s)3, 1). (Attachments: # 1 Proposed Form of Order) (Desgrosseilliers, Mark) (Entered: 01/29/2019) |
| 01/29/2019 | 39 | Opening Brief *in Support of Motion to Dismiss* |

| | | |
|---|---|---|
| | | (related document(s)38) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC. (Attachments: # 1 Appendix for Opening Brief) (Desgrosseilliers, Mark) (Entered: 01/29/2019) |
| 01/29/2019 | 40 | Certificate of Service (related document(s)38, 39) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC. (Desgrosseilliers, Mark) (Entered: 01/29/2019) |
| 01/29/2019 | 41 | Motion to Dismiss Adversary Proceeding Filed by Argent Trust Company. Objections due by 2/12/2019. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Lattomus, Tara) (Entered: 01/29/2019) |
| 01/29/2019 | 42 | Opening Brief *in Support of Defendant Argent Trust Company's Motion to Dismiss* (related document(s)41) Filed by Argent Trust Company. (Attachments: # 1 Certificate of Service) (Lattomus, Tara) (Entered: 01/29/2019) |
| 01/30/2019 | 43 | Supplemental Certificate of Service (related document(s)36) Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. (Minuti, Mark) (Entered: 01/30/2019) |
| 01/30/2019 | 44 | Supplemental Certificate of Service (related document(s)37) Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. (Minuti, Mark) (Entered: 01/30/2019) |
| 02/06/2019 | 45 | Stipulation for Extension of Time for Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust to File an Answering Brief and Accompanying Affidavit(s) |

| | | |
|---|---|---|
| | | in Response to the Motions to Dismiss filed by the Defendants Between Eugene I. Davis, Alan D. Halperin and *D&O Defendants, Stout, Argent Defendant. Filed by Eugene I. Davis, Alan D. Halperin (related document(s)36, 41, 38). (Upadhya, Vivek) Modified docket text on 2/6/2019 (LMD). (Entered: 02/06/2019)* |
| 02/14/2019 | 58 | Stipulation *Extending Plaintiffs Response Time to File an Answering Brief and Accompanying Affidavits in Response to the Motions to Dismiss filed by the Defendants* Between Eugene I. Davis, Alan D. Halperin and D&O Defendants, Stout and Argent Defendant . Filed by Eugene I. Davis, Alan D. Halperin (related document(s)45, 36, 41, 38). (Upadhya, Vivek) (Entered: 02/14/2019) |
| 02/19/2019 | 59 | Amended Complaint (REDACTED) Filed by Eugene I. Davis, Alan D. Halperin (related document(s)1) AP Summons Served due date: 05/20/2019. (Upadhya, Vivek) Modified docket text on 2/19/2019 (LMD). (Entered: 02/19/2019) |
| 02/19/2019 | 60 | [SEALED]Adversary Complaint (File Under Seal) *First Amended Complaint* (Upadhya, Vivek) (Entered: 02/19/2019) |
| 02/19/2019 | 61 | Motion to File Under Seal*First Amended Complaint* Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Proposed Form of Order to file the Amended Complaint Under Seal) (Upadhya, Vivek) (Entered: 02/19/2019) |
| 02/19/2019 | 62 | Affidavit of Service of Gordon Z. Novod regarding service of the Amended Complaint on Defense Counsel (related document(s)59, 60) Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) Modified docket text on 2/19/2019 (LMD). (Entered: 02/19/2019) |
| 02/26/2019 | 63 | Stipulation *for Extension of Time for Defendants to Answer, Move, or Otherwise Respond to the Amended Complaint and Motion to Dismiss Briefing Schedule* Between Eugene I. Davis, Alan |

| | | |
|---|---|---|
| | | D. Halperin and D&O Defendants, Stout and Argent Defendant . Filed by Eugene I. Davis, Alan D. Halperin (related document(s)59). (Upadhya, Vivek) (Entered: 02/26/2019) |
| 03/07/2019 | 64 | Notice of Pretrial Conference *Rescheduled from March 21, 2019* (related document(s)19) Filed by Eugene I. Davis, Alan D. Halperin Pretrial Conference set for 4/23/2019 at 10:00 AM at US Bankruptcy Court, 824 Market St., 5th Fl., Courtroom #5, Wilmington, Delaware. (Upadhya, Vivek) (Entered: 03/07/2019) |
| 03/19/2019 | 65 | Motion to Dismiss Adversary Proceeding Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten (related document(s)59, 60). Objections due by 4/16/2019. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Murley, Lucian) (Entered: 03/19/2019) |
| 03/19/2019 | 66 | Brief *in Support of the Former Directors' and Officers' Motion to Dismiss Amended Complaint Or in the Alternative Transfer Venue* (related document(s)65) Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Certificate of Service) (Murley, Lucian) (Entered: 03/19/2019) |
| 03/19/2019 | 67 | Motion to Dismiss Adversary Proceeding Filed by Argent Trust Company (related document(s)59, 60). Objections due by 4/16/2019. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Lattomus, Tara) (Entered: 03/19/2019) |
| 03/19/2019 | 68 | Opening Brief *in Support of Defendant's Motion* |

| Date | No. | Description |
|---|---|---|
| | | *to Dismiss* (related document(s)67) Filed by Argent Trust Company. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Certificate of Service) (Lattomus, Tara) (Entered: 03/19/2019) |
| 03/19/2019 | 69 | Motion to Dismiss Count *VI, Count X, Count XI, and Count XIII of the First Amended Complaint* (related document(s)59, 60) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC (related document(s)59, 60). (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Desgrosseilliers, Mark) (Entered: 03/19/2019) |
| 03/19/2019 | 70 | Opening Brief *in Support of Motion to Dismiss the First Amended Complaint* (related document(s)59, 60, 69) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC. (Attachments: # 1 Appendix) (Desgrosseilliers, Mark) (Entered: 03/19/2019) |
| 04/11/2019 | 72 | Order of Reassignment of Judge. Judge Mary F. Walrath added to case. Involvement of Judge Kevin J. Carey Terminated (SH) (Entered: 04/11/2019) |
| 04/15/2019 | 75 | Notice of Service *of Cancellation of Pretrial Conference scheduled for April 23, 2019* (related document(s)64) Filed by Eugene I. Davis, Alan D. Halperin (Upadhya, Vivek) (Entered: 04/15/2019) |
| 04/16/2019 | 77 | Memorandum of Law *in Opposition to Defendants' Motions to Dismiss* (related document(s)65, 67, 69) Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Proposed Form of Order Proposed Order) (Upadhya, Vivek) (Entered: 04/16/2019) |
| 04/23/2019 | 78 | Stipulation Between Stout Risius Ross, Inc., Stout Risius Ross, LLC and Co-Trustees of the Appvion Liquidating Trust, the D&O Defendants, and Argent Trust Company *for Extension of Time for Defendants to File Reply Briefs in Further Support of the Motions to Dismiss*. Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC (related |

| | | |
|---|---|---|
| | | document(s)65, 59, 67, 69, 77). (Desgrosseilliers, Mark) (Entered: 04/23/2019) |
| 04/24/2019 | 79 | Affidavit/Declaration of Service *Regarding Stipulation for Extension of Time for Defendants to File Reply Briefs in Further Support of the Motions to Dismiss* (related document(s)78) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC. (Desgrosseilliers, Mark) (Entered: 04/24/2019) |
| 05/07/2019 | 80 | Reply *in Support of Motion to Dismiss* (related document(s)69, 70) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC (Desgrosseilliers, Mark) (Entered: 05/07/2019) |
| 05/07/2019 | 81 | Reply Brief *in Support of Argent Trust Company's Motion to Dismiss* (related document(s)67, 68) Filed by Argent Trust Company. (Attachments: # 1 Affidavit of Service) (Kunz, Carl) (Entered: 05/07/2019) |
| 05/07/2019 | 82 | Reply Brief *of the Former Directors' and Officers' in Support of Motion to Dismiss Amended Complaint* (related document(s)65, 66, 77) Filed by Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, Tami L. Van Straten. (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/07/2019) |
| 05/09/2019 | 83 | Affidavit/Declaration of Service *Regarding Reply in Support of Motion to Dismiss* (related document(s)80) Filed by Stout Risius Ross, Inc., Stout Risius Ross, LLC. (Desgrosseilliers, Mark) (Entered: 05/09/2019) |
| 05/13/2019 | 84 | Request for Oral Argument Filed by Kerry S. Arent, Argent Trust Company, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. |

| | | |
|---|---|---|
| | | Roberts, Kathi P. Seifert, Stout Risius Ross, Inc., Stout Risius Ross, LLC, Mark A. Suwyn, Tami L. Van Straten (related document(s)65, 68, 81, 59, 70, 60, 67, 69, 80, 82, 77, 66). (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/13/2019) |
| 05/15/2019 | 85 | Notice of Completion of Briefing. Judge Walrath is reviewing this case (related document(s)59, 60, 65, 66, 67, 68, 69, 70, 77, 80, 81, 82, 84) Filed by Kerry S. Arent, Argent Trust Company, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Kevin Gilligan, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Stout Risius Ross, Inc., Stout Risius Ross, LLC, Mark A. Suwyn, Tami L. Van Straten (Attachments: # 1 Certificate of Service) (Minuti, Mark) (Entered: 05/15/2019) |
| 05/22/2019 | 86 | Motion to File Under Seal*Second Amended Complaint* Filed by Eugene I. Davis, Alan D. Halperin. Objections due by 6/6/2019. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Upadhya, Vivek) (Entered: 05/22/2019) |
| 05/22/2019 | 87 | [SEALED] Exhibit(s) *A to Motion to File Second Amended Complaint Under Seal* (related document(s)86) Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 05/22/2019) |
| 05/22/2019 | 88 | Motion to Amend Filed by Eugene I. Davis, Alan D. Halperin (related document(s)86). Objections due by 6/6/2019. (Attachments: # 1 Proposed Form of Order # 2 Exhibit A # 3 Exhibit B # 4 Certificate of Service) (Upadhya, Vivek) (Entered: 05/22/2019) |
| 05/23/2019 | 94 | Order Granting Amended Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule |

| | | |
|---|---|---|
| | | 9018, and Local Rule 9018-1 Permitting Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, to File Under Seal the Unredacted Version of the Complaint (related document(s)7, 91) Signed on 5/23/2019. (LMC) (Entered: 05/23/2019) |
| 05/23/2019 | 95 | Order Granting Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018 and Local Rule 9018-1 Permitting Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, to File Under Seal the Unredacted Version of the Amended Complaint (related document(s)61, 92) Signed on 5/23/2019. (LMC) (Entered: 05/23/2019) |
| 05/29/2019 | 96 | Stipulation and Proposed Order Regarding Motions of Alana D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Concerning (1) the Filing of the Second Amended Complaint, (2) the Filing of the Second Amended Complaint Under Seal, and (3) the Completion of the Briefing with Respect to Defendatns Mtions to Dismiss. (related document(s)86, 88) Filed by Eugene I. Davis, Alan D. Halperin (Upadhya, Vivek) Modified on 5/30/2019 (JS). (Entered: 05/29/2019) |
| 06/03/2019 | 97 | Stipulation of Dismissal *without prejudice only as between Plaintiff and defendant Kevin Gilligan* related document(s)1, 59 Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 06/03/2019) |
| 06/24/2019 | 99 | Order Granting Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust Permitting Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, to File Under Seal the Unredacted Version of the Proposed Second Amended Complaint (related document(s)86, 98) |

| | | |
|---|---|---|
| | | Order Signed on 6/24/2019. (LMD) (Entered: 06/24/2019) |
| 06/26/2019 | 100 | [SEALED]Second Amended Complaint to Add additional fact information Filed by Eugene I. Davis, Alan D. Halperin (related document(s)86) (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 06/26/2019) |
| 06/26/2019 | 101 | Second Amended Complaint to Add additional fact information Filed by Eugene I. Davis, Alan D. Halperin (related document(s)88) (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 06/26/2019) |
| 06/27/2019 | 102 | Motion to Amend *the Second Amended Complaint* Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Proposed Form of Order Exhibit E # 6 Certificate of Service) (Upadhya, Vivek) (Entered: 06/27/2019) |
| 06/27/2019 | 103 | Motion to File Under Seal*Revised Second Amended Complaint* Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Upadhya, Vivek) (Entered: 06/27/2019) |
| 06/27/2019 | 104 | [SEALED] Amended Complaint to Modify Party Filed by Eugene I. Davis, Alan D. Halperin (related document(s)103) (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 06/27/2019) |
| 06/27/2019 | 105 | Affidavit/Declaration of Service *of Meghan E. Leyh* (related document(s)102, 103) Filed by Eugene I. Davis, Alan D. Halperin. (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 06/27/2019) |
| 07/02/2019 | 106 | Order Granting Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust , to File Under Seal the Unredacted Version of the Revised Second Amended Complaint (Related Doc # 103) |

| | | |
|---|---|---|
| | | Signed on 7/2/2019. (LMC) (Entered: 07/02/2019) |
| 07/02/2019 | 107 | [SEALED]Second Amended Complaint to Modify Party Filed by Eugene I. Davis, Alan D. Halperin (related document(s)106) (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 07/02/2019) |
| 07/02/2019 | 108 | Second Amended Complaint to Modify Party Filed by Eugene I. Davis, Alan D. Halperin (related document(s)106) (Attachments: # 1 Certificate of Service) (Upadhya, Vivek) (Entered: 07/02/2019) |
| 07/22/2019 | 110 | Order Granting Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of the Appvion Liquidating Trust, for Leave to File a Revised Second Amended Complaint and to Amend the Adversary Proceeding Caption (Related Doc # 6, 59, 97, 100, 101, 102, 109) Signed on 7/22/2019. (LMC) (Entered: 07/22/2019) |
| 07/24/2019 | 111 | Stipulation *and [Proposed] Order Regarding Motion of Alan D. Halperin and Eugene I. Davis, as Co-Trustees of The Appvion Liquidating Trust, Concerning the Completion of Briefing with Respect to Defendants' Motions to Dismiss* Between Eugene I. Davis, Alan D. Halperin and *D&O Defendants, Stout Defendants and Argent Defendants*. Filed by Eugene I. Davis, Alan D. Halperin (related document(s)65,66, 67,68,69,70,80, 81, 82, 84, 103, 102). (Upadhya, Vivek) Modified on 7/25/2019 as to related dockets(LAM). (Entered: 07/24/2019) |
| 10/23/2019 | 112 | Opinion GRANTING Defendants' Motion to Transfer Venue of Counts I through VIII and Defendants' Motion to Dismiss Count X to the extent it relies on state law and DENY Defendants' Motions to Dismiss in all other respects. (Related documents 59,60,65,66,67,68,69,70,77,80,81,82,84, and 108; Signed on 10/23/2019. (CAF) (Entered: 10/23/2019) |
| 10/23/2019 | 113 | ORDER GRANTING Defendants' Motion to Transfer Venue of Counts I through VIII and Defendants' Motion to Dismiss Count X to the extent it relies on state law and DENY Defendants' Motions to Dismiss in all other respects. (Related documents |

| | | |
|---|---|---|
| | | 59,60,65,66,67,68,69,70,77,80,81,82,84, 108 and 112; Signed on 10/23/2019. (CAF) (Entered: 10/23/2019) |
| 10/29/2019 | 114 | Certificate of Service (related document(s)112) Filed by Eugene I. Davis, Alan D. Halperin. (Upadhya, Vivek) (Entered: 10/29/2019) |

## U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Bankruptcy Petition #: 17-12082-MFW

| | | |
|---|---|---|
| 10/01/2017 | 1 | Chapter 11 Voluntary Petition . Fee Amount $1717. Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 10/01/2017) |
| 10/02/2017 | 18 | Declaration of Alan D. Holtz in Support of First Day Motions Filed by Appvion, Inc.. (Attachments: # 1 Exhibit A) (Brown, Stuart) (Entered: 10/02/2017) |
| 11/15/2017 | 265 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities, Decl Concerning Debtors Schs,. [Appvion, Inc. - Case Np. 17-12082] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/15/2017) |
| 11/15/2017 | 266 | Schedules/Statements filed: , Stmt of Financial Affairs,. [Appvion, Inc. - Case No. 17-12082] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/15/2017) |
| 11/15/2017 | 267 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities, Decl Concerning Debtors Schs,. [Paperweight Development Corp. - Case No. 17-12083] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/15/2017) |
| 11/15/2017 | 268 | Schedules/Statements filed: , Stmt of Financial Affairs,. [Paperweight Development Corp. - Case No. 17-12083] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/15/2017) |

| Date | No. | Description |
|---|---|---|
| 11/15/2017 | 269 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities, Decl Concerning Debtors Schs,. [PDC Capital Corporation - Case No. 17-12084] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 11/16/2017 | 270 | Schedules/Statements filed: , Stmt of Financial Affairs,. [PDC Capital Corporation - Case No. 17-12084] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 11/16/2017 | 271 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities, Decl Concerning Debtors Schs,. [Appvion Receivables Funding I LLC - Case No. 17-12085] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 11/16/2017 | 272 | Schedules/Statements filed: , Stmt of Financial Affairs,. [Appvion Receivables Funging I LLC - Case No. 17-12085] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 11/16/2017 | 273 | Schedules/Statements filed: Sch A-B, Sch D, Sch E-F, Sch G, Sch H, , Sum of Assets and Liabilities, Decl Concerning Debtors Schs,. [APVN Holdings LLC - Case No. 17-12086] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 11/16/2017 | 274 | Schedules/Statements filed: , Stmt of Financial Affairs,. [APVN Holdings LLC - Case No. 17-12086] Filed by Appvion, Inc.. (Brown, Stuart) (Entered: 11/16/2017) |
| 05/09/2018 | 734 | Motion of the Debtors to Approve Settlement Agreement Among the Debtors, Official Committee of Unsecured Creditors, Ad Hoc Group of Second Lien Noteholders, Purchaser and Franklin Filed by Appvion, Inc.. (Attachments: # 1 Exhibit A) (Brown, Stuart) Modified docket text on 5/10/2018 (LMD). (Entered: 05/09/2018) |
| 05/14/2018 | 753 | Order Approving Motion of the Debtors to Approve Settlement Agreement Among the Debtors, Official |

| | | |
|---|---|---|
| | | Committee of Unsecured Creditors, Ad Hoc Group of Second Lien Noteholders, Purchaser and Franklin (related document(s)734) Order Signed on 5/14/2018. (Attachments: # 1 Exhibit "1") (LMD) (Entered: 05/14/2018) |
| 06/20/2018 | 836 | Second Amended Chapter 11 Combined Plan & Disclosure Statement Filed by Appvion, Inc. (Brown, Stuart) Modified docket text on 6/20/2018 (LMD). (Entered: 06/20/2018) |
| 06/20/2018 | 837 | Notice of Second Amended Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation (related document(s)792, 795, 827, 836) Filed by Appvion, Inc.. (Attachments: # 1 Exhibit A - Second Amended Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation # 2 Exhibit B - Redline) (Brown, Stuart) Modified docket text on 6/20/2018 (LMD). (Entered: 06/20/2018) |
| 06/20/2018 | 840 | Order (A) Approving the Disclosure Statement on an Interim Basis, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, (C) Approving the Form of Ballot and Solicitation Materials, (D) Establishing the Voting Record Date, (E) Scheduling a Plan Confirmation Hearing and Deadline for Filing Objections to Final Approval of the Disclosure Statement and Confirmation of the Plan, and (F) Approving the Related Form of Notice (related document(s)792, 795, 826, 836, 838) Order Signed on 6/20/2018. (Attachments: # 1 Exhibit "A") (LMD) (Entered: 06/20/2018) |
| 08/07/2018 | 946 | Notice of Filing Exhibits and Supplement to the Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation (related document(s)792, 795, 826, 827, 836, 837, 840) Filed by Oldapco, Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Brown, Stuart) Modified docket text on 8/8/2018 (LMD). (Entered: 08/07/2018) |
| 08/10/2018 | 961 | Declaration of Alan D. Holtz In Support of |

| | | |
|---|---|---|
| | | Confirmation of the Debtors' Second Amended Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation (related document(s)792, 795, 826, 827, 836, 837, 840, 957) Filed by Oldapco, Inc.. (Brown, Stuart) (Entered: 08/10/2018) |
| 08/14/2018 | 970 | Findings of Fact, Conclusions of Law, and Order Confirming Second Amended Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation (related document(s)792, 795, 826, 827, 836, 837, 838, 840, 937, 939, 940, 944, 945, 946, 957, 961) Order Signed on 8/14/2018. (Attachments: # 1 Exhibit "1") (LMD) Additional attachment(s) added on 8/14/2018 (LMD). (Entered: 08/14/2018) |
| 08/25/2018 | 999 | Notice of (I) Occurrence of Effective Date Under Second Amended Joint Combined Disclosure Statement and Chapter 11 Plans of Liquidation, (II) Deadline to File Requests for Payment of Administrative Expense Claims Incurred Between the Petition Date and The Effective Date, (III) Deadline for Professionals to File Professional Fee Administrative Claims and (IV) Deadline to File Rejection Damages Claims (related document(s)792, 836, 970) Filed by Oldapco, Inc.. (Brown, Stuart) Modified docket text on 8/27/2018 (LMD). (Entered: 08/25/2018) |
| 08/30/2018 | 1011 | Affidavit of Service of Nuno Cardoso Regarding Notice of Effective Date. Filed by Prime Clerk LLC. (related document(s)999) (Adler, Adam) Modified docket text on 8/31/2018 (LMD). (Entered: 08/30/2018) |
| 11/30/2018 | 1101 | Adversary case 18-50955. Complaint REDACTED by Alan D Halperin, Eugene I. Davis against Mark R. Richards, Thomas J. Ferree, Tami L. Van Straten, Jeffrey J. Fletcher, Kerry S. Arent, Stephen P. Carter, Terry M. Murphy, Andrew F. Reardon, Kathi P. Seifert, Mark A. Suwyn, Carl J. Laurino, David A. Roberts, Kevin Gilligan, Argent Trust Company, Stout Risius Ross, Inc., Stout Risius Ross, LLC, John/Jane Does 1-40. Fee Amount $350 (02 (Other (e.g. other actions that would have been brought in |

| | | |
|---|---|---|
| | | state court if unrelated to bankruptcy))),(12 (Recovery of money/property - 547 preference)). AP Summons Served due date: 02/28/2019. (Upadhya, Vivek) (Entered: 11/30/2018) |
| 01/08/2019 | 1107 | Quarterly Claims Register (Alphabetical). Filed by Prime Clerk LLC. (Attachments: # 1 Quarterly Claims Register (Numeric)) (Adler, Adam) (Entered: 01/08/2019) |
| 04/04/2019 | 1127 | Quarterly Claims Register (Alphabetical). Filed by Prime Clerk LLC. (Attachments: # 1 Quarterly Claims Register (Numeric)) (Adler, Adam) (Entered: 04/04/2019) |
| 07/15/2019 | 1146 | Quarterly Claims Register (Alphabetical). Filed by Prime Clerk LLC. (Attachments: # 1 Quarterly Claims Register (Numeric)) (Adler, Adam) (Entered: 07/15/2019) |