UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
WISCONSIN GREEN BAY DIVISION

ALAN D. HALPERIN AND EUGENE I. DAVIS
AS CO-TRUSTEES OF THE APPVION
LIQUIDATING TRUST

    Plaintiff,

v.                                        Case No. 1:19-CV-1561

MARK R. RICHARDS, THOMAS J. FERREE,
TAMI L. VAN STRATEN, JEFFREY J.
FLETCHER, KERRY S. ARENT, STEPHEN P.
CARTER, TERRY M. MURPHY, ANDREW F.
REARDON, KATHI P. SEIFERT, MARK A.
SUWYN, CARL J. LAURINO, DAVID A.
ROBERTS, ARGENT TRUST COMPANY,
STOUT RISIUS ROSS, INC., STOUT RISIUS
ROSS, LLC, JOHN/JANE DOES 1-40,

    Defendants.

### LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendants Stout Risius Ross, Inc. and Stout Risius Ross, LLC, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. The undersigned counsel represents Stout Risius Ross, Inc. and Stout Risius Ross, LLC (collectively, "Stout").

2. Defendant Stout Risius Ross, LLC (formerly Stout Risius Ross, Inc.) is a private company organized under the laws of the State of Michigan that is wholly owned by Stout Holdings I, Inc. and Stout Holdings II, Inc. No public company owns any of the stock of Stout Holdings I, Inc., Stout Holdings II, Inc. or Stout Risius Ross, LLC.

3. Groom Law Group, Chartered and the Law Firm of Conway Olejniczak & Jerry, S.C. will appear to represent Stout in this matter.

Dated this 17th day of December, 2019.

By: */s/ Lars C. Golumbic*
Lars C. Golumbic
Kara Petteway Wheatley
Meredith F. Kimelblatt
Groom Law Group, Chartered
1701 Pennsylvania Ave., NW, Suite 1200
Washington, DC 20006
Phone: 202-861-6615
Fax: 202-659-4503
lgolumbic@groom.com
kwheatley@groom.com
mkimelblatt@groom.com
*Attorneys for Stout Risius Ross, Inc. and Stout Risius Ross, LLC*

-and-

Ross W. Townsend (Wis. Bar No. 1011622)
Law Firm of Conway, Olejniczak & Jerry, S.C.
231 South Adams Street, P.O. Box 23200
Green Bay, WI 54305-3200
Telephone: (920) 437-0476
Facsimilie: (920) 437-2868
rwt@lcojlaw.com