# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| Alan D. Halperin, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Mark R. Richards, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-01561-WCG <br><br> **NOTICE OF ATTORNEY WITHDRAWAL** |

Defendants Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, and Tami L. Van Straten, by and through their existing counsel, hereby notify the Court that David Jimenez-Ekman and Caroline L. Meneau of Jenner & Block LLP withdraw their appearances in the above-captioned manner and request removal from electronic notification. These defendants will continue to be represented by Craig C. Martin, Amanda S. Amert, and Michael T. Graham of Willkie Farr & Gallagher LLP, as well as Michael P. Richman and Paul G. Swanson of Steinhilber Swanson LLP.

Dated: April 17, 2020

*/s/ Craig C. Martin*

Craig C. Martin
Amanda S. Amert
Michael T. Graham
Willkie Farr & Gallagher LLP
300 N. LaSalle Drive
Suite 5000
Chicago, IL 60654
Tel. 312-728-9000
cmartin@willkie.com
aamert@willkie.com
mgraham@willkie.com

Michael P. Richman
Paul G. Swanson
Steinhilber Swanson LLP
122 W. Washington Avenue
Suite 850
Madison, WI 53703
Tel. 608-709-5998
mrichman@steinhilberswanson.com
pswanson@steinhilberswanson.com

David Jimenez- Ekman
Caroline L. Meneau
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Tel. 312-923-2683
djiminez-ekman@jenner.com
cmeneau@jenner.com

*Attorneys for Defendants Kerry S. Arent, Stephen P. Carter, Thomas J. Ferree, Jeffrey J. Fletcher, Carl J. Laurino, Terry M. Murphy, Andrew F. Reardon, Mark R. Richards, David A. Roberts, Kathi P. Seifert, Mark A. Suwyn, and Tami L. Van Straten*