# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

**Green Bay Division**

Jefferson Court Building
125 South Jefferson Street, Room 102
Green Bay, WI 54301-4541

GINA M. COLLETTI  
CLERK

TEL: 920-884-3720
FAX: 920-884-3724
*www.wied.uscourts.gov*

September 17, 2020

Gordon Z Novod
Grant & Eisenhofer PA
485 Lexington Ave - 29th Flr
New York, NY 10017

Re: **Halperin v. Richards, et al.**
**USDC Case No.: 19-C-1561**

Dear Mr. Novod:

Your Notice of Appeal to the U.S. Court of Appeals for the Seventh Circuit was filed on September 16, 2020. If a transcript is necessary, please complete the Transcript Request Form and the Seventh Circuit Transcript Information Sheet available on the Court's website at www.wied.uscourts.gov under the Forms tab.

The District Court will ensure that the record is complete and made available electronically to the Court of Appeals within 14 days of filing the notice of appeal. Any confidential record or exhibit that is not available electronically will be prepared and held by the District Court until requested by the Court of Appeals. Counsel must review the docket sheet within 21 days of filing the notice of appeal to ensure that the record is complete.

Motions to correct or modify, supplement, or strike a pleading from the record must first be filed with the District Court. The District Court's ruling on the motion will become part of the record and notice of the decision will be sent to the Court of Appeals.

If a docketing statement, as required by Circuit Rule 3(c), was not filed with the notice of appeal, it should be filed directly with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/ Terri Lynn Ficek
Deputy Clerk, Appeals